1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEREMY S. KROGER, #258956
3  Assistant Federal Defender
   Designated Counsel for Service
4  2300 Tulare Street, Suite 330
   Fresno, California 93721-2226
5  Telephone: (559) 487-5561

6
7  Attorney for Defendant
   LEE T. McCARTHY

8              IN THE UNITED STATES DISTRICT COURT
9
              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,       )   NO. 6:09-mj-00251 YNP
12                                 )
              Plaintiff,            )   STIPULATION TO CONTINUE
13                                 )   SENTENCING AND ORDER THEREON
        v.                         )
14                                 )   Date:   February 16, 2010
                                   )
15 LEE T. McCARTHY,                )   Time:   10:00 a.m.
                                   )
16            Defendant.            )
                                   )
17 _____ )

18     IT IS HEREBY STIPULATED by and between SUSAN ST. VINCENT, Acting Legal

19 Officer for the National Park Service, and Defendant, LEE T. McCARTHY, and his attorney of

20 record, JEREMY S. KROGER, that the sentencing in the above-captioned matter currently

21
   scheduled for January 28, 2010, be continued until February 16, 2010, at 10:00 a.m., and the
22
23 location be changed from Fresno District Court to the Yosemite Court.

24 Dated: January 25, 2010         By:/s/ Susan St. James
                                        SUSAN ST. JAMES
25

26
   Dated: January 25, 2010         By:/s/ Jeremy S. Kroger
27                                      JEREMY S. KROGER
                                        Attorney for Defendant
28                                      LEE T. McCARTHY

\* \* \* ORDER \* \* \*

The Court, having reviewed the above request for a continuance of the sentencing currently set for January 28, 2010 until February 16, 2010, HEREBY ORDERS AS FOLLOWS:

1) The sentencing in the matter of *U.S. v. McCarthy*, shall be continued to February 16, 2010, at 10:00 a.m., at the Yosemite Court.

It is so ordered:


Dated: January 27, 2010



By:   /s/ Gary S. Austin
     Honorable Gary S. Austin
     United States Magistrate Judge

McCarthy - Stipulation to Continue
Sentencing Hearing                               2