# UNITED STATES DISTRICT COURT

Eastern District of California

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| Lee T. Mc Carthy | ) | Case Number: 6:09-mj-00251-YNP |
| | ) | USM Number: |
| | ) | Reggie Aligada |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)  One and Two

☐ pleaded nolo contendere to count(s) _____
 which was accepted by the court.

☐ was found guilty on count(s) _____
 after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 34.5 (b)(17) | Trespass Upon Property Not to Open to the Public | 11/15/2009 | One |
| 36 CFR 345 (b)(28) | Reside in Park Area Not Pursuant to a Permit | 11/15/2009 | Two |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

 It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

7/1/2010
Date of Imposition of Judgment

/s/ Michael J. Seng
Signature of Judge

Michael J. Seng        U.S. Magistrate Judge
Name of Judge          Title of Judge

7/1/2010
Date

DEFENDANT: Lee T. Mc Carthy
CASE NUMBER: 6:09-mj-00251-YNP

## PROBATION

The defendant is hereby sentenced to probation for a term of:

90 days

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☐ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐ The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: Lee T. Mc Carthy
CASE NUMBER: 6:09-mj-00251-YNP

## ADDITIONAL PROBATION TERMS

Pursuant to 18 USC 3563, defendant shall serve 30 days custody with credit for two days served. Defendant is remanded to the custody of the National Park Service for the dates of July 1 and July 2, 2010. At the earliest opportunity on July 2, 2010, defendant shall be transported at the Veterans Administration Hospital in Fresno, CA at Clinton and Fresno, escorted by the National Park Service Rangers to the 7th Floor and report to Aaron Utendahl (559) 225-6100 extension 5831. National Park Service shall release defendant when case manager begins processing paperwork.

Defendant is ordered to cooperate in the medical screening arranged by/through Mr.Utendahl as coordinated through the U.S. Probation Office including residential treatment program.

Remaining 26 days custody shall be suspended for term of supervised probation.

Defendant shall comply with all directions of U.S. Probation Office.

Defendant shall pay $20 penalty assessment forthwith.

Review Hearing shall occur