# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   6:09-mj-251-MJS |
| v. | ORDER RELEASING DEFENDANT LEE T. McCARTHY ON DECEMBER 24, 2010 |
| LEE T. McCARTHY, | |
| Defendant. | |

For the reasons stated on the record at the Court's December 20, 2010 hearing, it is hereby ORDERED that Defendant Lee T. McCarthy be RELEASED from the Fresno County Jail and federal custody on December 24, 2010.

IT IS SO ORDERED.

Dated:   December 22, 2010          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE